| | |
|---|---|
| 1 | ADAM A. LEWIS (Cal. Bar No. 88736) |
| | (alewis@mofo.com) |
| 2 | PHILIP T. BESIROF (Cal. Bar No. 185053) |
| | (pbesirof@mofo.com) |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 5 | Facsimile: (415) 268-7522 |
| 6 | Attorneys for Petitioner |
| | SWITCHCORE AB (PUBL) |
| 7 | |
| 8 | RODGER R. COLE (Cal. Bar No. 178865) |
| | (rcole@fenwick.com) |
| 9 | FENWICK & WEST LLP |
| | Silicon Valley Center |
| 10 | 801 California Street |
| | Mountain View, California 94041 |
| 11 | Telephone: (650) 335-7603 |
| | Facsimile: (650) 938-5200 |
| 12 | |
| | Attorney for Respondent |
| 13 | ESILICON CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SWITCHCORE AB (PUBL) | | Case No. 5:10-cv-02352 LHK |
| | Petitioner, | |
| | | **STIPULATION AND [PROPOSED] ORDER REQUESTING EXTENSION OF TIME IN WHICH TO FILE A JOINT CASE MANAGEMENT STATEMENT** |
| v. | | |
| ESILICON CORPORATION | | |
| | Respondent. | |

1  WHEREAS, the Court has set an Initial Case Management Conference to be held on August 25, 2010, and has ordered the parties to file a Joint Case Management Statement on August 18, 2010; and

WHEREAS, the Parties are engaged in continuing settlement discussions; and

WHEREAS, the Parties anticipate that these discussions will be completed later this week; and

WHEREAS, if these discussions are successful the Parties will promptly inform the Court;

It is hereby stipulated by and between the Parties to this action, through their respective counsel of record, that the time within which Petitioner and Respondent must file a Joint Case Management Statement is extended to August 23, 2010.

Dated: August 18, 2010

Respectfully submitted,

ADAM A. LEWIS
PHILIP T. BESIROF
MORRISON & FOERSTER LLP

By: /s/ Philip T. Besirof
        Philip T. Besirof
        Attorneys for Petitioner
        SWITCHCORE AB (PUBL)


RODGER R. COLE
FENWICK & WEST LLP

By: /s/ Rodger R. Cole
        Rodger R. Cole
        Attorneys for Respondent
        ESILICON CORPORATION


PURSUANT TO STIPULATION, IT IS SO ORDERED.

August 20, 2010        /s/ Lucy H. Koh
                       Honorable Lucy H. Koh

STIPULATION AND [~~PROPOSED~~] ORDER
CASE NO. 5:10-CV-2352 LHK
sf-2885628

1