UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SWITCHCORE AB (PUBL), <br><br> Plaintiff, <br><br> v. <br><br> ESILICON CORPORATION, <br><br> Defendant. | Case No. CV-10-02352 LHK <br><br> STIPULATED REQUEST FOR STAY AND ORDER GRANTING STAY |

Plaintiff SwitchCore AB (PUBL) ("SwitchCore") and Defendant eSilicon Corporation ("eSilicon") (collectively referred to herein as the "Parties") hereby stipulate as follows:

Whereas, the Parties have reached agreement on payment terms to resolve SwitchCore's pending Petition to Confirm Arbitral Award and for Entry of Judgment and memorialized those terms in a Stipulated Judgment;

Whereas, the Stipulated Judgment has been executed and sets forth the calculation of principal, interest, and costs under the Parties' settlement agreement;

Whereas, Plaintiff will file the Stipulated Judgment with the Court if, and only if, Defendant fails to make scheduled payments, as described below;

1

Case No.: 10-CV-2352-LHK
STIPULATION AND ORDER GRANTING STAY

Whereas, SwitchCore and eSilicon agree that the outstanding amount as of August 24, 2010 (including interest up to and including August 24, 2010) is $1,543,525.12, with additional interest accruing daily after that date.

Whereas, eSilicon has agreed to pay within two business days of this stipulation being entered as an order the amount of $515,000, which represents approximately one-third of the outstanding amount;

Whereas, eSilicon has agreed to pay on or before October 15, 2010, the balance of the amount due equal to $1,028,525.12 (plus applicable interest, which continues accruing until payment is made);

Whereas, if eSilicon makes the payments described herein, this action will be dismissed with prejudice shortly after October 15, 2010;

Whereas, if eSilicon fails to make the payments described herein, eSilicon has agreed to have judgment entered against it and pay $50,000 for SwitchCore's attorneys' fees and expenses associated with this action;

Whereas, SwitchCore agrees to halt any further collection efforts in the United States or Sweden and further agrees not to resume such efforts unless eSilicon fails to make the payments described in this Stipulation ;

Whereas, SwitchCore will promptly affirmatively notify the Swedish Enforcement Agency (Sw. Kronofogdemyndigheten) of this Stipulation and request that the Swedish authorities suspend their collection efforts pending eSilicon's satisfaction of the terms of this Stipulation;

Whereas, upon eSilicon's satisfaction of the terms of this Stipulation by October 15, 2010, SwitchCore will promptly request that the Swedish authorities permanently halt their collection efforts; and

Whereas, the Parties requests the Court stay this action, and schedule a Case Management Conference for October 27, 2010 or a date thereafter convenient for the Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: August 27, 2010 | | MORRISON & FOERSTER LLP |

By: _____
     Philip T. Besirof

     Adam A. Lewis
     Philip T. Besirof
     Attorneys for Plaintiff
     SwitchCore AB (PUBL)

Dated: August 27, 2010                FENWICK & WEST LLP

By: _____
     Rodger R. Cole

     Rodger R. Cole
     Attorneys for Defendant
     eSilicon Corporation

Pursuant to stipulation, the case is STAYED. A further Case Management Conference is set for Wednesday, October 27, 2010 at 2 p.m. The parties shall file a stipulation of dismissal and request to vacate the October 27, 2010 Case Management Conference by Wednesday October 20, 2010.

IT IS SO ORDERED.

Dated: August 31, 2010                *Lucy H. Koh*
                                             Honorable Lucy H. Koh
                                             United States District Court Judge

Case No.: 10-CV-2352-LHK
STIPULATION AND ORDER GRANTING STAY