RODGER R. COLE (CSB NO. 178865)
rcole@fenwick.com
MICHAEL DAVIS-WILSON (CSB NO. 259790)
mdaviswilson@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone: (650) 988-8500
Facsimile:  (650) 938-5200

Attorneys for Defendant
eSilicon Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SWITCHCORE AB (PUBL), | Case No. CV-10-02352 LHK |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| ESILICON CORPORATION, | |
| Defendant. | |

Plaintiff SwitchCore AB (PUBL) ("SwitchCore") and Defendant eSilicon Corporation ("eSilicon") (collectively referred to herein as the "Parties") hereby stipulate as follows:

Whereas, the Parties agreed in their Stipulated Request for Stay and Order Granting Stay (the "Stipulated Request") upon terms for the resolution of their dispute;

Whereas, on September 2, 2010, eSilicon paid $515,000 to SwitchCore pursuant to the Stipulated Request;

Whereas, on October 14, 2010, eSilicon paid $1,040,740.62 to SwitchCore pursuant to the Stipulated Request;

Whereas, the payment on October 14, 2010 completes eSilicon's obligations under the Stipulated Request;

STIPULATION OF DISMISSAL
CASE NO. CV-10-02352 LHK

1  Whereas, the Parties stipulate and agree pursuant to Federal Rule of Civil Procedure
2  41(a)(1) that the above-entitled action be dismissed with prejudice, with each party to bear its
3  own costs and fees; and
4  Whereas, the Parties request that the Court vacate the Case Management Conference
5  scheduled for October 27, 2010.
6  IT IS SO STIPULATED.

7  Dated:  October 20, 2010                      FENWICK & WEST LLP

9                                                By: */s/ Rodger R. Cole*
                                                    Rodger R. Cole
10                                                  Attorneys for Defendant
                                                    eSilicon Corporation

12 Dated:  October 20, 2010                     MORRISON & FOERSTER LLP

14                                                By: */s/ Philip T. Besirof*
                                                    Philip T. Besirof
                                                    Attorneys for Plaintiff
15                                                  SwitchCore AB (PUBL)

### ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rodger R. Cole, attest that concurrence in the filing of this document has been obtained from the other signatory.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on October 20, 2010.

                                                  */s/ Rodger R. Cole*
                                                  Rodger R. Cole

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk shall close the file. The Case Management Conference scheduled for October 27, 2010 is vacated.

Dated:  October 21, 2010                          *Lucy H. Koh*
                                                  Honorable Lucy H. Koh
                                                  United States District Court Judge

STIPULATION OF DISMISSAL
CASE NO. CV-10-02352 LHK                          2